IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Deborah McCauley, :

        Plaintiff, : Case No. 2:17-cv-1141

v. : Judge Michael H. Watson

Quality of Life Home Care, LTD and :
Don Oakley,

        Defendants. :

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff Deborah McCauley and Defendants quality of Life Home Care, Ltd. and Don Oakley that the above-entitled action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without attorneys' fees or costs to any party, and waiving all rights of appeal.

Respectfully submitted,

_/s/ Sharon C-Adams_
Sharon Cason-Adams (0067550)
Adams & Liming, L.L.C.
Rivers Edge Corporate Center
1335 Dublin Road, Ste. 104D
Columbus, OH 43215
614.488.2053
*Counsel for Plaintiff Deborah McCauley*

_/s/ James E. Davidson_
James E. Davidson (0024534)
Ice Miller LLP
250 West Street
Columbus, OH 43215
614.462.2286
*Counsel for Defendants Quality of Life Home Care, LTD and Don Oakley*

CO\5821076.3